## CHARLES CASTONGUAY ET AL. *v.* TODD PLOURDE ET AL.

The defendants Todd Plourde and Cheri LeClair's petition for certification for appeal from the Appellate Court, 46 Conn. App. 251 (AC 16227), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John Rose, Jr.*, and *Scott A. Bennett*, in support of the petition.

*Dean B. Kilbourne*, in opposition.

Decided October 9, 1997

## DONALD HALL *v.* BILOW BUILDERS, INC.

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 346 (AC 16318), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*John P. Clarkson*, in support of the petition.

*Taka Iwashita*, assistant attorney general, in opposition.

Decided October 9, 1997